FILED 10/14/10 12:46:50
Pat 'Brien Pulaski Circuit Clerk
NJ

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
_____ Division

**12TH DIVISION**

PATRICIA NEAL                                                                       PLAINTIFF

VS.        **CV 2010-5905** No. CV 2010-____

NPC INTERNATIONAL, INC.                                 DEFENDANT

**COMPLAINT**

Comes the plaintiff, Patricia Neal, by and through her counsel, Christopher Gomlicker of Christopher Gomlicker P.A., and for her Complaint, states as follows:

**PARTIES AND JURISDICTION**

1. Plaintiff brings this action to remedy violations of state tort law.

2. Plaintiff, Patricia Neal, was at the time of the collision, and currently is, a resident of Pulaski County, Arkansas.

3. Defendant, NPC International, Inc. (hereinafter "Defendant"), was at all times relevant to this action, and still is, a foreign corporation, conducting business as a "Pizza Hut" in Pulaski County, Arkansas, and further it employed Christopher Weatherford at all times relevant hereto, in Pulaski County, Arkansas.

4. The vehicle collision that forms the basis of the claims against Defendant occurred in Pulaski County, Arkansas.

5. Jurisdiction properly lies in this Court based upon the kind of relief sought, and this Court has jurisdiction over the parties and the subject matter of this action. Venue properly lies in this Court based upon the Plaintiff's county of residence

and the facts giving rise to this lawsuit. The amount in controversy exceeds that required to establish Federal jurisdiction.

## GENERAL ALLEGATIONS OF FACT

6. At all times relevant herein, Patricia Neal was operating a 1998 Pontiac in a careful and prudent manner.

7. At all times relevant herein, Christopher Weatherford was operating a 1994 Buick while in the course and scope of his employment with Defendant, as a pizza delivery driver.

8. The collision giving rise to this action occurred when the Defendant's employee, Christopher Weatherford, driving at an excessive rate of speed in a careless and negligent manner, did run through a stop sign, came into Plaintiff's lane of travel, and struck the Plaintiff's vehicle. Upon impact, Plaintiff's vehicle was damaged and she suffered injuries.

9. The collision giving rise to this cause of action, which occurred on October 15, 2007, resulted from the negligence of Christopher Weatherford and said negligence, is imputed by law to Defendant herein as his employer.

10. Plaintiff was without liability and totally free from negligence.

11. Christopher Weatherford did not maintain proper control and safety of his vehicle.

12. Christopher Weatherford's failure to exercise proper care in discovery of the traffic and traffic control signals in front of him was a proximate cause of Plaintiff's injuries and damages, in connection with his other negligence.

## COUNT I – NEGLIGENCE

13. Plaintiff re-alleges the foregoing as if fully set out herein.

14. The collision resulting in damages and injuries to Plaintiff was caused solely and proximately by the negligence and carelessness of the Defendant's employee, Christopher Weatherford. At the time of the collision give rise to this cause of action, Christopher Weatherford was acting in the course and scope of his employment with Defendant, and thus the Defendant is vicariously liable for his negligence as a matter of law.

15. Christopher Weatherford's negligence consisted of, among other things:

    a. Operating his motor vehicle in violation of the statutes of this State including, but not limited to:

        i. failing to stop at a stop sign, and driving at an excessive speed;

        ii. failing to keep his vehicle under proper and reasonable control or speed under the then existing conditions;

        iii. driving a vehicle without keeping a proper lookout, without observing and heeding to traffic and/or conditions then existing; and,

        iv. failing to observe the rules of the road governing the movements of motorists on public highways, or to yield right-of-way.

16. Each of the above acts of negligence by Christopher Weatherford were the proximate cause of the damages and injuries to Plaintiff herein.

17. As a result of the foregoing negligent acts of Christopher Weatherford, Plaintiff was damaged as follows:

    a. She suffered, and continues to suffer, physical injuries to her body;

    b.    She incurred, and continues to incur, medical expenses;

    c.    She suffered, and continues to suffer, physical and/or emotional shock and pain; and

    d.    She suffered, and continues to suffer, wage loss and permanent impairment.

18.    Plaintiff requests a trial by jury.

WHEREFORE, Plaintiff, Patricia Neal, prays for judgment against defendant, NPC International, Inc., for all past and future medical expenses, for all past and future mental anguish, wage loss, permanent impairment, for trial by jury, interest at the maximum rate allowed by law, for all other incidental costs incurred as a result of the collision, and for all other proper relief for which the Plaintiff maybe entitled.

Respectfully submitted,

By: _____

CHRISTOPHER GOMLICKER PA
Attorney at Law
P.O. Box 7715
Little Rock, AR  72217
501-327-1700 (office)

Neal, Patricia.cplt.doc