IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICIA NEAL                                                                PLAINTIFF

VS.                              NO. 4-11-CV-0167 BRW

NPC INTERNATIONAL, INC.                                          DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE

On the basis of the stipulation for dismissal entered by the plaintiff and the defendant, the Court hereby dismisses with prejudice the plaintiff's lawsuit against the defendant and all claims, demands and causes of action that were or could have been asserted in this action by the plaintiff against the defendant with prejudice.

Entered April 2, 2012.

_____
The Honorable Billy Roy Wilson
United State District Judge

261729